UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

BILLY J. RYAN,

                          Plaintiff,

        -against-                                    5:06-CV-1134 (LEK/VEB)


MICHAEL J. ASTRUE,
Commissioner of Social Security,

                          Defendant.

_____

## DECISION AND ORDER

        This matter comes before the Court following a Report-Recommendation filed on June 2,

2009  by the Honorable Victor E. Bianchini, United States Magistrate Judge, pursuant to 28 U.S.C.

§ 636(b) and L.R. 72.3 of the Northern District of New York.  Report-Rec. (Dkt. No. 17).  After ten

days from the service thereof, the Clerk has sent the entire file to the undersigned, including the

objections by Plaintiff, which were filed on June 16, 2009.  Objections (Dkt. No. 19).

        It is the duty of this Court to "make a de novo determination of those portions of the report

or specified proposed findings or recommendations to which objection is made."  28 U.S.C. §

636(b).  "A [district] judge... may accept, reject, or modify, in whole or in part, the findings or

recommendations made by the magistrate judge."  Id.  This Court has considered the objections and

has undertaken a de novo review of the record and has determined that the Report-Recommendation

should be approved for the reasons stated therein.

        Accordingly, it is hereby

        **ORDERED**, that the Report-Recommendation (Dkt. No. 17) is **APPROVED** and

**ADOPTED** in its **ENTIRETY**; and it is further

      **ORDERED**, that Defendant's Motion for judgment on the pleadings is **GRANTED** and

Plaintiff's Cross-Motion for judgment on the pleadings is **DENIED**; and it is further

      **ORDERED**, that the Clerk serve a copy of this Order on all parties.

      **IT IS SO ORDERED**.

DATED:     July 01, 2009
           Albany, New York

                    Lawrence E. Kahn
                    U.S. District Judge